1  RICHARD ZIEMAN (CSB 230832)
   254 MILLER AVE., SUITE A
2  MILL VALLEY, CA 94942-1739
   Telephone: (415) 388-3800
3  Facsimile: (415) 388-1060
   Attorney for Plaintiff
4

5

6

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION
10

11 DEBRA BRYANT                    )  Case No.: CV-05-4784 SC
12        Plaintiff,                )
                                    )
13     vs.                          )  STIPULATION AND ORDER EXTENDING
                                    )  PLAINTIFF'S TIME TO MOTION FOR
14 JO ANNE B. BARNHART,             )  SUMMARY JUDGMENT OR REMAND.
                                    )
15 Commissioner of Social Security  )
                                    )
16        Defendant                 )

17 _____

18     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that Plaintiff may have an extension of 60 days in which to file his

20 response to Defendant's Motion for Summary Judgment. Plaintiff's response was due on

21 Monday March 20, 2006, pursuant to Civil L.R. 16-1(e). Plaintiff's response is now due on May

22 19, 2006.

23 //

24 //

25 //

26 //

27 //

28 //

This is Plaintiff's first request.

DATED: 3/8/06

*[signature]*

SARA WINSLOW
Assistant United States Attorney

DATED: 3/7/06

*[signature]*

RICHARD ZIEMAN
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:   3/13/06

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*