1  KEVIN V. RYAN, SBN 118321
United States Attorney
2  JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
3  Acting Chief, Civil Division
SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7260
Facsimile:  (415) 436-7169
7
Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12  DEBRA A. BRYANT,            )
                                )
13       Plaintiff,              )   CIVIL NO.  05-04784 SC
                                )
14       v.                      )   STIPULATION AND ORDER OF REMAND
                                )
15  JO ANNE B. BARNHART,         )
    Commissioner of Social Security, )
16                              )
         Defendant.              )
17  _____)

18       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19  approval of the Court, that this action be remanded to the defendant Commissioner pursuant to

20  sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.

21       Upon remand, the Appeals Council will obtain the claim file for the subsequent allowance

22  and if the claim cannot be paid at the Appeals Council level the current claim will be sent to an

23  Administrative Law Judge (ALJ) for further proceedings.  The ALJ will be instructed to conduct a

24  new hearing, obtain Dr. Kjelson's complete report, further consider Claimant's mental impairments,

25  consider Claimant's obesity in accordance with Social Security Ruling (SSR) 02-1p, further consider

26  the reports and opinions by Dr. Williams, and further evaluate Claimant's residual functional

27  capacity and obtain

28  ///

1 | supplemental vocational expert testimony.

5 | Dated: March 20, 2006

/s/
RICHARD ZIEMAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

11 | Dated: March 20, 2006      By:      /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated:  3/22/06

SAMUEL CONTI
United States District Judge

BRYANT, REMD,S4 (nl)
C 05-04784 SC                        2