1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 DEBRA BRYANT,                    )
                                    )
13      Plaintiff,                  ) CIVIL NO.  05-04784 SC
                                    )
14      v.                          ) STIPULATION AND ORDER
                                    ) APPROVING COMPROMISE
15 JO ANNE B. BARNHART,             ) SETTLEMENT OF ATTORNEY
   Commissioner of Social Security, ) FEES PURSUANT TO THE EQUAL
16                                  ) ACCESS TO JUSTICE ACT
        Defendant.                  )
17 _____)

18      The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21      1. Defendant shall pay ONE THOUSAND DOLLARS TWO HUNDRED FIFTY TWO

22 DOLLARS AND FIFTY CENTS ($1,252.50), pursuant to the Equal Access to Justice Act (EAJA),

23 for attorney fees incurred in this court action.  The check is to be payable to plaintiff's counsel:

24                          RICHARD ZIEMAN
                         254 MILLER AVE., SUITE A
25                         MILL VALLEY, CA 94941
                         (415) 388-3800; FAX 1060
26                         zieman@ssalawca.com

27      2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28 ///

constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

    3. Payment of the ONE THOUSAND DOLLARS TWO HUNDRED FIFTY TWO DOLLARS AND FIFTY CENTS ($1,252.50) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees or costs pursuant to the EAJA as a result of this court action.

Dated: April 6, 2006

    /s/
RICHARD ZIEMAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: April 6, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:    4/11/06

IT IS SO ORDERED
Judge Samuel Conti

BRYANT, EAJA STIP (nl)
C 05-04784 SC    2